FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/10/2015 5:34:09 PM
CHRISTOPHER A. PRINE
Clerk

# APPENDIX 1

§ 34.302. Amendment Of Deposit Contract.

**Texas Statutes**

**Finance Code**

**Title 3. Financial Institutions And Businesses**

**Subtitle A. Banks**

**Chapter 34. Investments, Loans, And Deposits**

**Subchapter D. Deposits**

*Includes all legislation signed by the Governor or filed without the Governor's signature as of June 19, 2015*

**§ 34.302. Amendment Of Deposit Contract**

(a)   A bank and its account holder may amend the deposit contract by agreement or as permitted by Subsection (b) or other law.

(b)   A bank may amend a deposit contract by mailing a written notice of the amendment to the account holder, separately or as an enclosure with or part of the account holder's statement of account or passbook. The notice must include the text and effective date of the amendment. The bank is required to deliver the notice to only one of the account holders of a deposit account that has more than one account holder. The effective date may not be earlier than the 30th day after the date of mailing the notice unless the amendment:

    (1)   is made to comply with a statute or rule that authorizes an earlier effective date;

    (2)   does not reduce the interest rate on the account or otherwise adversely affect the account holder; or

    (3)   is made for a reason relating to security of an account.

(c)   Except for a disclosure required to be made under Section 34.303 or the Truth in Savings Act ( 12 U.S.C. Section 4301 et seq.) or other federal law, before renewal of an account a notice of amendment is not required under Subsection (b) for:

    (1)   a change in the interest rate on a variable-rate account, including a money market or negotiable order of withdrawal account;

    (2)   a change in a term for a time account with a maturity of one month or less if the deposit contract authorizes the change in the term; or

       (3)    a change contemplated and permitted by the original contract.

(d)    An amendment under Subsection (b) may reduce the rate of interest or eliminate interest on an account without a maturity date.

(e)    Amendment of a deposit contract made in compliance with this section is not a violation of the Deceptive Trade Practices-Consumer Protection Act (Section 17.41 et seq., Business & Commerce Code).

**Cite as Tex. Fin. Code § 34.302**

History. Acts 1997, 75th Leg., ch. 1008, Sec. 1, eff. Sept. 1, 1997.